**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| EX REL BARBARA BRYANT FOREIGN TRUST, | : No. 109 EM 2017 |
| | : |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| CITY OF PHILADELPHIA ET AL, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 8th day of November, 2017, the "Appellate Jurisdiction Petition for Review/Relief" is DENIED.